IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESTATE OF BRIAN N. BROOKS,**                                      **PLAINTIFF**
**DECEASED**

v.                      **Case No. 4:22-CV-01123-LPR**

**JAMES BEDWELL, JARREN TERRY,**
**CODY BRUMLEY, KEITH WILSON,**
**KYLE ELLISON, AND**
**COLONEL WILLIAM BRYANT**                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 6th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE